THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-1153
FAX (866)750-5566

Attorney for Debtors
ROBERTO and VERONICA AYALA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO

In Re:  CASE NO. 19-11357

ROBERTO AYALA and  DCN: TOG-3
VERONICA AYALA,
 Chapter 13
           Debtors.
_____/  JUDGE: HON. Rene Lastreto II

**NOTICE OF CONVERSION**

Debtors hereby convert their case to Chapter 7 pursuant to 11 U.S.C. §1208(a) and Bankruptcy Rule 1019.

                                   Respectfully submitted,

Dated: September 17, 2019          */s/ Thomas O. Gillis*
                                   THOMAS O. GILLIS

1