```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                      Case No. 19-11357-B
Roberto Ayala                                               Chapter 7
Veronica Elvia Ayala
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0972-1          User: lars              Page 1 of 2         Date Rcvd: Sep 17, 2019
                              Form ID: 309A           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Roberto Ayala,   Veronica Elvia Ayala,    17250 El Camino Road,    Madera, CA 93636-1454
aty            +Dane W. Exnowski,   301 E. Ocean Blvd., Suite 1720,    Long Beach, CA 90802-8813
aty            +Jennifer H. Wang,   535 Anton Blvd 10th Fl,   Costa Mesa, CA 92626-1947
aty            +Thomas O. Gillis,   1006 H St #1,   Modesto, CA 95354-2384
aty            +Wendy A. Locke,   P.O. Box 17933,   San Diego, CA 92177-7921
cr             +Matrix Financial Services Corporation,    Aldridge Pite, LLP,   4375 Jutland Dr #200,
                 PO Box 17933,   San Diego, CA 92177-7921
cr             +Nationstar Mortgage LLC,   c/o Dane Exnowski,   301 E Ocean  Blvd #1720,
                 Long Beach, CA 90802-8813
cr             +Santander Consumer USA Inc.,   Cooksey, Toolen, Gage, Duffy & Woog,    535 Anton Blvd, 10th Fl,
                 Costa Mesa, CA 92626-1947
22721999        Andrew R Ranhn,   E Herdon Ave 104,   Fresno CA 93720
22722000       +Chrysler Capital,   PO BOX 660335,   Dallas TX 75266-0335
22722001      #+J L Teamworks,   651 N Cherokee Ln B2,   Lodi CA 95240-4267
22722002       +Kings Credit Service,   510 North Douty St,   Hanford CA 93230-3911
22765091       +Matrix Financial Services Corporation,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Bankruptcy Dept.,   PO Box 619096,   Dallas TX 75261-9096
22722004       +Medvetta Financial,   316 W Yosemite Ave,   Madera CA 93637-4517
22722006       +Mohela Dept Of Ed,   633 Spirit Drive,   Chesterfield MO 63005-1243
22722007        Mor Furniture For less Admin Recovery L,    100 Macarthur Bv,    Mahwah NJ 07430
22722008        Mr Cooper,   8950 Cyspress,   Coppell TX 75019
22722009       +Nelson Kennard,   Attorney For Funding LLC,   Po Box 13807,    Sacramento CA 95853-3807
22722010      #+Portfolio Recovery Associates LLC,   4330 La Jolla Village Dr Ste 310,
                 San Diego CA 92122-1281
22783740       +ST.AGNES MEDICAL CENTER  FRESNO,   SAMC / TRINITY HEALTH,    P.O. BOX 190930,
                 BOISE, ID 83719-0930
22722012       +Sutter Health Memorial Medical Center,    P O BOX 255468,   Sacramento CA 95865-5468
22762981       +TD Retail Card Services,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
22725480       +U S Department of EducationMOHELA,   633 Spirit Drive,    Chesterfield, MO 63005-1243
22758970       +Wells Fargo Bank N.A.,   d/b/a Wells Fargo Auto,    PO Box 130000,   Raleigh, NC 27605-1000
22722016       +Winn Law Group,   Attorneys For,   110 E Wilshire Ave Ste 212,    Fullerton CA 92832-1960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bncnotices@meyer13.com Sep 18 2019 04:17:22     Michael H. Meyer,   PO Box 28950,
                 Fresno, CA  93729-8950
tr             +EDI: FPLFEAR.COM Sep 18 2019 07:38:00      Peter L. Fear,   PO Box 28490,
                 Fresno, CA 93729-8490
smg             EDI: EDD.COM Sep 18 2019 07:38:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Sep 18 2019 07:38:00      Franchise Tax Board,   PO Box 2952,
                 Sacramento, CA  95812-2952
cr             +EDI: RMSC.COM Sep 18 2019 07:38:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
22760967        E-mail/Text: bankruptcy@cavps.com Sep 18 2019 04:17:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
22735014       +EDI: CHRM.COM Sep 18 2019 07:38:00      Chrysler Capital,   PO Box 961275,
                 Fort Worth, TX 76161-0275
22777996       +EDI: AIS.COM Sep 18 2019 07:38:00      Directv, LLC by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
22722003       +EDI: RMSC.COM Sep 18 2019 07:38:00      Lowes Sychrony Bank,   PO BOX 530914,
                 Atlanta GA 30353-0914
22722005       +EDI: MID8.COM Sep 18 2019 07:38:00      Midland Funding,   2365 Northside Drive Ste 300,
                 San Diego CA 92108-2709
22786918        EDI: PRA.COM Sep 18 2019 07:38:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
22722013       +E-mail/Text: dgibson1@valleychildrens.org Sep 18 2019 04:17:30     Valley Children s Hospital,
                 9300 Valley Childrens Pl,   mail stop FC03,   Madera CA 93636-8761
22722015       +EDI: WFFC.COM Sep 18 2019 07:38:00      Wells Fargo,   PO BOX 10347,   Des Moines IA 50306-0347
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22722011*      +Roberto Ayala,   17250 El Camino Road,   Madera CA 93636-1454
22722014*      +Veronica Elvia Ayala,   17250 El Camino Road,   Madera CA 93636-1454
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0972-1      User: lars            Page 2 of 2           Date Rcvd: Sep 17, 2019
                          Form ID: 309A         Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
NONE.                                                                            TOTAL: 0
```

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Roberto Ayala** | | Social Security number or ITIN | xxx–xx–4707 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Veronica Elvia Ayala** | | Social Security number or ITIN | xxx–xx–3385 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | | Date case filed in chapter **13** : | **4/3/19** |
| Case number: | **19–11357 – B – 7** | | Date case converted to chapter **7:** | **9/17/19** |

12/15

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Conversion to Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case was originally filed under chapter 13 on 4/3/19 and was converted to chapter 7 on 9/17/19.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Roberto Ayala | Veronica Elvia Ayala |
| 2. | **All other names used in the last 8 years** | dba Load Em Up Transport | |
| 3. | **Address** | 17250 El Camino Road<br>Madera, CA 93636 | 17250 El Camino Road<br>Madera, CA 93636 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas O. Gillis<br>1006 H St #1<br>Modesto, CA 95354 | Contact phone: 209–575–1153 |
| 5. | **Bankruptcy trustee**<br>Name and address | Peter L. Fear<br>PO Box 28490<br>Fresno, CA 93729 | Contact phone: 559–464–5295 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721–1318 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (559) 499–5800<br>Date: 9/17/19 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 24, 2019 at 11:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1450, 1st Floor, Fresno, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/23/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |