Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
BK.CA@McCalla.com

Attorney for Matrix Financial Services Corporation

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>Roberto Ayala dba Load Em Up Transport,<br>Veronica Elvia Ayala<br><br><br><br><br><br><br><br><br>                        Debtors. | Case No. 19-11357<br><br>Chapter 7<br><br>Docket Control No. DWE-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:  December 11, 2019<br>Time:  9:30 A.M.<br>Place:  Department B, Courtroom 13<br>         2500 Tulare Street Suite 2501<br>         Fresno, CA 93721 |

    A Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by Matrix Financial Services Corporation ("Movant") as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper. The Motion was resolved without oral argument and the Court hereby makes its Order as follows:

**IT IS HEREBY ORDERED THAT:**

    1.  This order relates to the real property commonly described as 17250 El Camino Road, Madera, CA 93636 (the "Property").

    2.  The Motion is granted and the automatic stay of 11 U.S.C. § 362(a) is hereby terminated to permit Movant, and/or its agents, to enforce its remedies against the Property and obtain possession thereof under applicable non-bankruptcy law.

///

RECEIVED
December 19, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006655296

3. The 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is NOT waived.

4. The Debtors' bankruptcy proceeding has been finalized for purposes of California Civil Code § 2923.5.

5. No other relief is afforded hereby.

**END OF ORDER**

Dated: Dec 19, 2019

Dated:

By the Court

*René Lastreto II*, Judge
United States Bankruptcy Court

Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
BK.CA@McCalla.com

Attorney for Movant

### UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>Roberto Ayala dba Load Em Up Transport, Veronica Elvia Ayala,<br><br><br><br><br><br><br><br><br>                            Debtor | Case No. 19-11357<br><br>Chapter 7<br><br>R.S. No. DWE-1<br><br>**CERTIFICATE OF SERVICE**<br><br><u>Hearing</u>:<br>Date:   December 11, 2019<br>Time:   9:30 A.M.<br>Place:  Department B, Courtroom 13<br>           2500 Tulare Street Suite 2501<br>           Fresno, CA 93721 |

I, Benjamin Horstman, declare:

    1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1 North Dearborn, Suite 1200, Chicago, IL 60602.

    2. On December 19, 2019, true and correct copies of the foregoing documents described:

- PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM STAY

were served by placing a true and correct copy thereof in a sealed envelope in the United States Mail first class postage prepaid on the following interested parties:

| | | |
|---|---|---|
| 1 | *Debtors* | *Debtors' Attorney* |
| 2 | **Roberto Ayala**<br>17250 El Camino Road | **Thomas O. Gillis**<br>1006 H St #1 |
| 3 | Madera, CA 93636 | Modesto, CA 95354 |
| 4 | **Veronica Elvia Ayala** | |
| 5 | 17250 El Camino Road<br>Madera, CA 93636 | |
| 6 | | |
| 7 | *Trustee*<br>**Peter L. Fear** | *U.S. Trustee*<br>by the Court |
| 8 | PO Box 28490<br>Fresno, CA 93729 | via Notification of Electronic Filing |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/19/19          By:     */s/ Benjamin Horstman*
                                          Benjamin Horstman

CERTIFICATE OF SERVICE              2              PrfSrv_CA_V001